## John Yangas, Appellant, v. Max Weinschenk et al., Appellees.

### Gen. No. 22,736.   (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. DENIS
E. SULLIVAN, Judge, presiding. Heard in this court at the October
term, 1916. Affirmed. Opinion filed March 26, 1917. *Certiorari*
denied by Supreme Court (making opinion final).

### Statement of the Case.

Creditor's bill by John Yangas, complainant,
against Max Weinschenk, John Shuerger, John I.
Bartley and the North Side State Savings Bank, de-
fendants, on a judgment recovered by complainant
against the defendant Weinschenk. From a decree dis-
missing the bill, complainant appeals.

Weinschenk was alleged to be the owner of an un-
divided one-third interest in the Dearborn Baking
Company, which kept its bank account with the de-
fendant bank, and the bank admitted a deposit to the
credit of that company. The other defendants denied
that Weinschenk was a copartner in the company,
which was a copartnership. The suit was referred to
a master, who recommended dismissal of the bill, and
exceptions to his report were overruled and the bill
dismissed for want of equity.

EDWIN WHITE MOORE, for appellant.

LANDON & HOLT and ALBERT A. KRAFT, for appellees.

MR. PRESIDING JUSTICE McSURELY delivered the opin-
ion of the court.

### Abstract of the Decision.

1. PARTNERSHIP—*when evidence is sufficient to show termination
of.* Evidence *held* sufficient to warrant the finding that the co-

partnership formerly existing between certain three defendants was terminated prior to the recovery of a certain judgment against one of them, and that such one had thereafter no interest in the copartnership or in its funds except as an employee.

2. PARTNERSHIP, § 259*—*when evidence is sufficient to show that partnership was not indebted to retiring partner.* On a creditor's bill on a judgment against a retiring member of a partnership, evidence *held* sufficient to show that the partnership was not indebted to the partner at the time of the commencement of the suit.